**No. 40016.**—Protests 929611–G, etc., of M. Pressner & Co. (New York).

Opinion by Sullivan, J. It was found that these articles are not chiefly used. for the amusement of children and it was stipulated that they are in chief value of metal. The claim at 45 percent under paragraph 397 was therefore sustained.